Application denied. The showing made is insufficient to warrant action by this court.

■

248 So.2d 833

**STATE of Louisiana ex rel. David Anthony WASHBURN a/k/a Richard Axin**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51502.

June 18, 1971.

In re: David Anthony Washburn, a/k/a Richard Axin, applying for writ of habeas corpus.

Application granted. See order.

On considering the petition of relator in the above numbered and entitled cause:

It Is Ordered that the Honorable Bernard J. Bagert, Sr., Judge of the Criminal District Court, Parish of Orleans, without delay, grant a full evidentiary hearing on relator's petition for a writ of habeas corpus filed in that Court and in this Court, and make a determination of the merits of his application after the hearing.